# Exhibit C


# Craft

Search for companies    **Search**    Advanced

Enterprise solutions    Sign in    Sign up

Overview | **Locations** | Key People | Competitors | Financials & Metrics | **Follow**

Home / Aruba Networks / Locations

## Aruba Networks headquarters and office locations

**View Company**

Aruba Networks is headquartered in San Antonio, TX and has 10 office locations across 7 countries.

### Filter locations by country

- [ ] United States
- [ ] Canada
- [ ] United Kingdom
- [ ] India
- [ ] China
- [ ] Japan
- [ ] Singapore





## All Aruba Networks Locations

**San Antonio (HQ), TX**
United States
16601 Blanco Rd #120

**Santa Clara (HQ), CA**
United States
3333 Scott Blvd

**New York, NY**
United States
461 5th Ave 8th floor

**Mississauga**
Canada
5150 Spectrum Way #400

**Beijing**
China
3rd Floor, the Podium Pacific Century Place (PCP) A2 Workers' Stadium

**Bengaluru**
India
Salarpuria hallmark No. 133, 2nd Floor, Outer Ring Rd, Kadubeesanahalli

**Chennai**
India
2nd Floor, 471, Anna Salai, Rathna Nagar, Nandanam

**Minato City**
Japan
5-chōme-27-1 Shinbashi

**Singapore**
Singapore
1 Depot Close #11-01

**Bracknell**
United Kingdom
Cain Road, Amen Corner

Report incorrect company information

### Location of similar companies

 **Ruckus Wireless** — Technology - Subsidiary

 **APSU** — Technology - Subsidiary

 **Ansible** — Technology - Subsidiary

 **CloudPassage** — Technology - Private

## Need Data?

Craft can deliver 250+ data points of financial, operating, and human capital indicators on companies via API.

**Learn more**



# Craft

**Products**
- Craft Intelligence Portal
- Craft API
- Craft Supply Chain Intelligence for Coupa
- Craft Company Intelligence for Salesforce
- Chrome extension

**Solutions**
- Craft for Enterprise
- Craft for Supply Chain
- Craft for Sales Intelligence

**Company**
- About us
- Careers
- Contact us
- Blog

© Craft.co 2020 | Privacy Policy | Terms of Service | Share price data provided by IEX | Company directory | Search directory